# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

### CIVIL NO. 2:05CV12
### (2:03CR17)

| | |
|---|---|
| GARY ALLEN KIRKPATRICK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, filed January 24, 2005.

By Judgment filed October 21, 2005, the Fourth Circuit Court of Appeals granted the Government's motion to remand, vacated the Petitioner's sentence, and remanded the case to this Court for resentencing. The Court has scheduled the resentencing for January 5, 2006. Therefore, the Fourth Circuit's remand has rendered the Petitioner's § 2255 motion moot.

2

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** as moot, and this action is hereby **DISMISSED WITHOUT PREJUDICE.**

3

**Signed: November 18, 2005**

Lacy H. Thornburg
United States District Judge